# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ROBERT D. GARNER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-866

_____

February 21, 2024

**BY ORDER OF THE COURT:**

**ORDER WITHDRAWING OPINION**

Upon consideration of appellee's motion for rehearing filed on September 26, 2023,

IT IS ORDERED that the motion for rehearing is granted to the extent that the opinion dated September 15, 2023, is withdrawn and a new opinion will be issued in its place.

SILBERMAN, SMITH, and LABRIT, JJ.

I HEREBY CERTIFY THE FOREGOING IS A
TRUE COPY OF THE ORIGINAL COURT ORDER.

MARY ELIZABETH KUENZEL, CLERK
cc:
Andrea M. Norgard, Esq.                 Ashley Moody, AG
Robert A. Norgard, Esq.                 Laura Dempsey, AAG
Robert D. Garner